JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RODNEY THOMPSON, | ) | NO. ED CV 18-1313-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 20, 2018.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE